IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 04-cv-00404-WDM-BNB

JAMES BOWERS,

       Petitioner,

v.

RON LEYBA, Warden, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

       Respondents.

---

## ORDER ON RECOMMENDATION OF MAGISTRATE JUDGE

---

Miller, J.

    This matter is before me on the recommendation of Magistrate Judge Boyd N. Boland, issued February 9, 2007,[1] that Petitioner James Bowers's motion to stay the case (filed as a "Status Report") be denied.  Petitioner, who is proceeding *pro se*, has neither objected to the recommendation nor sought additional time to do so.[2]  As a result, he is not entitled to *de novo* review.  28 U.S.C. § 636(b).

    I have reviewed the pertinent portions of the record in this case, including the motion to stay and the recommendation.  I agree with Magistrate Judge Boland that Petitioner has not demonstrated good cause for his failure to exhaust Claims Four and

---

[1]    The recommendation was entered on the court docket on February 12, 2007.

[2]    The court docket in this case reflects that Magistrate Judge Boland's February 9, 2007 order (denying Petitioner's motion to appoint counsel) and another document have been returned to the court as undeliverable.  There is no indication in the court record, however, that Petitioner did not receive the recommendation.

Five by asserting them in state court after completion of his direct appeal and prior to the expiration of the statute of limitations set forth in 28 U.S.C. § 2244(d). *Rhines v. Weber*, 544 U.S. 269, 277, 278 (2005).

I also agree that Petitioner should be allowed to delete his unexhausted claims and to proceed with those claims he has properly exhausted. *Id.* at 278. I caution Petitioner that failure to withdraw his unexhausted claims, as ordered below, will result in dismissal of his entire application without prejudice.

Accordingly, it is ordered:

1.    The recommendation of Magistrate Judge Boland, issued February 9, 2007, is accepted.

2.    Petitioner's motion to stay this case, filed July 27, 2006, as a "Status Report" (Docket No. 25), is denied.

3.    On or before April 13, 2007, Petitioner may file an amended petition deleting Claims Four and Five and proceeding with his remaining claims.

4.    **If Petitioner does not withdraw Claims Four and Five on or before April 13, 2007, his entire application for relief, including his exhausted claims, will be dismissed without prejudice without further notice to any party.**

DATED at Denver, Colorado, on March 22, 2007.

BY THE COURT:


s/ Walker D. Miller
United States District Judge