IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 04-cv-00404-WDM-BNB

JAMES BOWERS,

      Petitioner,

v.

RON LEYBA, Warden, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

      Respondents.

---

**ORDER OF DISMISSAL**

---

Miller, J.

In my March 22, 2007 order, I adopted the February 9, 2007 recommendation of Magistrate Judge Boyd N. Boland and denied Petitioner James Bowers's motion to stay the case.  In the order, I agreed with Magistrate Judge Boland that Bowers should be allowed to delete his unexhausted claims and to proceed with those claims he has properly exhausted. I directed Bowers to file an amended petition on or before April 13, 2007, and expressly warned him that failure to withdraw his unexhausted claims would result in dismissal of his entire application without prejudice without further notice to any party. *Rhines v. Weber*, 544 U.S. 269, 277, 278 (2005).

Bowers has not complied with my order.  The docket sheet for this case reflects that the March 22 order was returned to the court as undeliverable.  The Local Rules of this

Court require Bowers to file a change of address with the court.  D.C.COLO.LCivR 10.1M.[1]

Accordingly, it is ordered that, pursuant to my March 22, 2007 order, this case is

dismissed without prejudice due to Bowers's failure to withdraw his unexhausted claims.

DATED at Denver, Colorado, on April 24, 2007.

BY THE COURT:

s/ Walker D. Miller
United States District Judge

---

[1]     Although the Recommendation itself was not returned, a prior mailing to Bowers was returned in February 2007.